KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY, Appellant,

v.

Jack HUTCHINSON, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

James E. Clarkson, Bernard Coughlin Hargett, Maysville, for appellant.

Woodson T. Wood, Maysville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

KENTUCKY STATE BAR ASSOCIATION, Complainant,

v.

Richard L. MacKAY, Respondent.

Court of Appeals of Kentucky.

May 17, 1974.

Henry H. Harned, Leslie G. Whitmer, Kentucky State Bar Assn., Frankfort, for complainant.

Richard MacKay, Dallas, Tex., for respondent.

John C. Ryan, Frankfort, Warning Order Attorney.

PER CURIAM Opinion, Ordering Suspension from the Practice of Law Until Further Order.*

Orville C. PERRY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Orville C. Perry, pro se.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Erin Robert RUSSELL, Petitioner,

v.

Robert M. SHORT, Judge, Daviess Circuit Court, Respondent.

Court of Appeals of Kentucky.

May 17, 1974.

John D. Miller, Miller & Taylor, Owensboro, for appellant.

Memorandum Opinion of the Court by Justice JONES, Denying Prohibition and Mandamus.*

* Opinion ordered not to be published.